# Third District Court of Appeal

## State of Florida

Opinion filed July 9, 2026.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D25-0083
Lower Tribunal No. 24-2091-CP-02
_____

**Carol Jean Broderick**,
Appellant,

vs.

**Paul C. Ingleton, et al.**,
Appellees.

An Appeal from the Circuit Court for Miami-Dade County, Yvonne Colodny, Judge.

Law Office of Scott Glassman, P.A., and Ronald L. Bornstein (West Palm Beach), for appellant.

Khan Law, P.A., and Faequa A. Khan, for appellees.

Before LOGUE, LINDSEY and BOKOR, JJ.

PER CURIAM.

Affirmed. See Sakowitz v. Waterside Townhomes Cmty. Ass'n, Inc., 338 So. 3d 26, 28 (Fla. 3d DCA 2022) ("Findings of fact derived from the evidentiary hearing . . . may not be disturbed on appeal unless shown to be unsupported by competent and substantial evidence or to constitute an abuse of discretion." (internal quotation omitted)); Parra de Rey v. Rey, 114 So. 3d 371, 386–87 (Fla. 3d DCA 2013) ("It goes without saying that conclusory allegations of fraud are insufficient . . . . [T]he Wife explained that . . . she was entering into the agreement freely and voluntarily when she executed the agreement."); Casto v. Casto, 508 So. 2d 330, 334 (Fla. 1987) ("If an agreement that is unreasonable is freely entered into, it is enforceable.").